IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
LAREDO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CASAS<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 5:23-cv-147 |
| | § | |
| TRANSFRONTERA SA DE CV AND JUAN MORENO AGUILAR<br>Defendants. | §<br>§<br>§ | |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Transfrontera S.A. de C.V. and files this Notice of Removal pursuant to 28 U.S.C. §1332(a), on the basis of diversity jurisdiction. In support thereof, Defendant would respectfully show this Honorable Court the following:

### I.
### Brief Statement of Facts

A. On November 14, 2023, this cause of action was commenced by Plaintiff Christopher Casas against Defendants Transfrontera S.A. de C.V. and Juan Moreno Aguilar. The suit was commenced in the 49th Judicial District Court of Webb County, Texas. A copy of Plaintiff's Original Petition is attached hereto as Exhibit A and incorporated herein by reference.

B. Plaintiff files suit against Defendants, alleging causes of action for negligence, negligence *per se,* and negligent entrustment arising from a motor vehicle collision. *See* Exhibit A. A demand for a jury was made by Plaintiff in his Original Petition.

C. On or about November 21, 2023, Defendant Transfrontera S.A. de C.V. was duly served with and received notice of Plaintiff's First Amended Petition. Thus, this Notice of Removal is timely filed on today's date as it is within the thirty-day time period mandated by 28 U.S.C. 1446(b).

D.  Defendant Transfrontera S.A. de C.V. is a company created under Mexican law and is a citizen of Mexico, with its principal place of business located in Aguascalientes, Mexico. *See* Exhibit B. Defendant Juan Moreno Aguilar is also a citizen and resident of Mexico. *See* Exhibit C.

## II.
## Arguments and Authorities

A.  The judicial power of the United States extends to controversies between citizens of different states. Art. 3, §2, United States Constitution. Federal district courts have jurisdiction over all civil actions between citizens of different states and countries, so long as the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. § 1332(a). Defendant Transfrontera S.A. de C.V. is a foreign company. It is a citizen of Mexico and its principal place of business is also in Mexico. Defendant Juan Moreno Aguilar is also a citizen and resident of Mexico. Plaintiff is a resident and citizen of Texas. In Plaintiff's Original Petition, Plaintiff asserts an amount in controversy generally within the jurisdiction of this Court. *See* Exhibit A, ¶IV seeks "monetary relief in excess of $1,000,000." As such, there is diversity of citizenship.

B.  By reason of the aforementioned premises, Defendant desires and is entitled to have this cause removed from the 49th Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division, such being the District where said suit is pending.

C.  Written notice of the filing of this Notice of Removal will be given to Plaintiff, by and through his counsel of record as required by law.

D.  A true and correct copy of this Notice of Removal will be filed with the Clerk of the 49th Judicial District Court of Webb County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Transfrontera S.A. de C.V. prays that this action be removed to this Honorable Court and that this Honorable Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Honorable Court for further proceedings, the same as though this action had originally been instituted in this Honorable Court.

Respectfully submitted,

FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  787
(512)  476-5300
(Fax)  476-5771

By: /s/ Joanna Lippman Salinas
Joanna Lippman Salinas
State Bar No. 00791122
Southern ID No. 38075
joanna.salinas@fletcherfarley.com

Attorneys for Defendant,
*Transfrontera S.A. de C.V.*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Defendant's Notice of Removal** has been provided to the offices of:

George B. Murr
**MURR LAW, PLLC**
4101 Washington Avenue
Houston, Texas 77077

by electronic service, in accordance with the Federal Rules of Civil Procedure, on December 20, 2023.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas